IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 11-01702 SEK |
|---|---|
| **MANUEL A. CABRERA DIAZ** | CHAPTER 13 |
| DEBTOR | |

**STATEMENT OF AMOUNT DUE UNDER PENALTY OF PERJURY**

1. Unpaid principal:     $595,500.60
2. Accrued interest:     $ 18,249.56
3. Late charges:         $     917.20
4. Attorney fees:        $
5. Non Accr Int:         $   4,118.88
6. Other Charges:        $   2,256.00
7. Months in arrears:
8. Total balance due:    $621,042.64

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. In Coral Gables, FL, this _7_ day of July, 2011.

By: _____
Name: _Julissa Rivera_
Title: _Bankruptcy Coordinator_