```
                                  United States Bankruptcy Court
                                      District of Puerto Rico
In re:                                                              Case No. 11-01702-MCF
MANUEL A CABRERA DIAZ                                               Chapter 13
       Debtor                       CERTIFICATE OF NOTICE
District/off: 0104-3          User: centenoa              Page 1 of 2          Date Rcvd: Oct 26, 2011
                              Form ID: pdf001             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2011.
db         +MANUEL A CABRERA DIAZ,    PO BOX 1088,    FAJARDO, PR 00738-1088
smg         DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg         FEDERAL LITIGATION DEPT. OF JUSTICE,     PO BOX 9020192,    SAN JUAN, PR 00902-0192
smg         PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR  00918
cr         +C/O DELGADO & FERNANDEZ ORIENTAL BANK & TRUST,     PO BOX 11750,    FERNANDEZ JUNCOS STATION,
             SAN JUAN, PR 00910-2850
cr          POPULAR AUTO,   PO BOX 366818,    SAN JUAN, PR  00936-6818
3225996     American Express TRS Co Inc Latin American,     Division,    c/o Becket and Lee LLP,    POB 3001,
             Malvern  PA 19355-0701
3173345    +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
3246760     BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS,     (AS PURCHASER OF WB ASSET'S),    PO BOX 362708,
             SAN JUAN PR 00936-2708
3246728     BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS,     PO BOX 362708,    SAN JUAN PR 00936-2708
3246729    +BANCO POPULAR DE PUERTO RICO - SPECIAL LOANS,     PO BOX 362708,    SAN JUAN PR OO 00936-2708
3173346     BAYVIEW LOAN SERVICES,    PO BOX 331409,    MIAMI, FL  33233-1409
3173347    +BPPR,   PO BOX 366818,    San Juan, PR 00936-6818
3173348    +CARICO INTL,   2851 CYPRESS CREEK,     FORT LAUDERDAL FL 33309-1781
3173350    +DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    SAN JUAN, PR 00902-4140
3299466    +Department of Treasury-,    Bankruptcy Section (Suite 1504),     235 Ave. Arterial Hostos,
             San Juan Puerto Rico 00918-1451
3173351     EUROBANK,   Ponce De Leon,    Hato Rey, PR  00921
3173352    +FIRST BANK PUERTO RICO,    PO BOX 19327,    SAN JUAN, PR 00910-1327
3173353    +IRS,   PO BOX 21125,    PHILADELFIA, PA 19114-0325
3173354    +MELENDEZ PEREZ, DE DIEGO & JIMENEZ,     PO BOX 19328,   SAN JUAN, PR 00910-1328
3173355     MUNICIPALITY OF BAYAMON,    PO BOX 1518,    BAYAMON, PR  00960
3173356    +MUNICIPALITY OF FAJARDO,    PO BOX 865,    FAJARDO, PR 00738-0865
3222217    +ORIENTAL BANK & TRUST,    DELGADO & FERNANDEZ, LLP,    PO BOX 11750,    FERNANDEZ JUNCOS STATION,
             SAN JUAN, PUERTO RICO 00910-2850
3183539     POPULAR AUTO (POPULAR LEASING),     BANKRUPTCY DEPARTMENT,    PO BOX 366818,
             SAN JUAN PUERTO RICO 00936-6818
3177974     SCOTIABANK DE PUERTO RICO,    G.P.O. BOX 362649,    SAN JUAN, PUERTO RICO 00936-2649
3173357     Scotiabank,   Bankcards,    San Juan, PR  00936
3173358    +Wyndham Vaca,   10750 W Charleston,     Las Vegas, NV 89135-1048
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Oct 26 2011 18:37:29     US TRUSTEE,    EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr          E-mail/Text: ico.alblegal@gmail.com Oct 26 2011 18:37:11     MUNICIPALITY OF BAYAMON,
             PO BOX 1588,    BAYAMON, PR  00960-1588
3173349    +E-mail/Text: cfigueroa@crimpr.net Oct 26 2011 18:36:25     CRIM,   PO BOX 195387,
             SAN JUAN, PR 00919-5387
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          FIRSTBANK PUERTO RICO
3236529     FIRSTBANK PUERTO RICO
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**              **Signature:**     *Joseph Speetjens*

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| MANUEL A CABRERA DIAZ | CASE NO. 11-01702 MCF<br>Chapter 13 |
| XXX-XX-8930 | |
| Debtor(s) | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

The **Final Hearing On Motion For Relief From Stay Under 362 Filed By Bayview Loan Servicing As Servicer For Oriental Bank & Trust** scheduled for **11/02/2011 AT 09:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, third floor, Courtroom 3, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR 11/03/2011 AT 09:00 A.M.**

**By Order of the court, The noticing period is shortened to 7 days.**

San Juan, Puerto Rico, this 26 day of October, 2011.

                                                  MARÍA DE LOS ÁNGELES GONZÁLEZ, ESQ.
                                                            Clerk of the Court

                                               BY:  ALVIN CENTENO GONZALEZ
                                                               Deputy Clerk